IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KAREN BURKE, | : | |
| Plaintiff, | : | Case No. 3:10cv00478 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| TIME INSURANCE COMPANY, et al., | : | |
| Defendant. | : | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #23), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that Plaintiff has filed a Notice (Doc. #24) informing the Court that she does not object to the Report and Recommendations, and further noting that the time for any party to file objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 9, 2011 (Doc. #23) is ADOPTED in full;

2. Plaintiff's Complaint against Defendant Ronald D. Redd is DISMISSED;

3. The Clerk of Court is directed to enter Judgment in favor of Defendant Ronald D. Redd and against Plaintiff Karen Burke; and

4. The case remains pending on the docket of this Court.

Walter Herbert Rice
United States District Judge